AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Demetrios Mavrogiorgos

**V.**

**JUDGMENT IN A CIVIL CASE**

Rite Aid Corporation

**CASE NUMBER:**   05cv932-H(CAB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court certifies as class members for the purposes of settlement each current and former hourly Rite Aid employee, including each hourly employee of Thrifty Pay Less, Inc., who is or was employed in the State of California at any time during the period from 2/15/04 to 4/15/06. The court approves the parties settlement agreement which requires defendant's to issue wage statements in conformity with California Labor Code 226(a), beginning in April 2006, and to provide each class member with six coupons worth 15% off merchandise in dft's California stores, valued at approximately $1,750,000. The court approves attorney's fees for plaintiff's counsel in the amount of $35,000 to be paid in addition to the coupon settlement. The court approves the class representative enhancement award for plaintiff in the amount of $10,000 to be paid in addition to the coupon settlement. Defendants shall bear the costs of settlement administration...................................................................................................................................................

| | |
|---|---|
| September 19, 2006 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

S/ R. Rhone

(By) Deputy Clerk

ENTERED ON September 19, 2006

05cv932-H(CAB)